AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia

| | |
|---|---|
| LAURA D. BROOMFIELD <br><br> *Plaintiff(s)* <br> v. <br> COSTAR REALTY INFORMATION, INC. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:21-cv-4392 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COSTAR REALTY INFORMATION, INC.
C/O Corporation Service Company
2 SUN COURT, SUITE 400
PEACHTREE CORNERS, GA, 30092.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: THOMAS F. MARTIN
P.O. BOX 1070
TUCKER, GEORGIA 30085-1070

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

KEVIN P. WEIMER
*CLERK OF COURT*

Date: 10/22/2021



s/Stephanie Wilson-Bynum
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __COSTAR REALTY INFORMATION, INC.__
was received by me on *(date)* __10/22/2021__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Barry Smith at Corporation Service Company__, who is designated by law to accept service of process on behalf of *(name of organization)* __COSTAR REALTY INFORMATION, INC.__
on *(date)* __10/27/2021__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/28/2021__

*Server's signature*

__MARC ALLARD - PROCESS SERVER__
*Printed name and title*

3301 Buckeye Road, Suite 303
Atlanta GA 30341
*Server's address*

Additional information regarding attempted service, etc: