# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAURA D. BROOMFIELD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) Civil Action No. |
| | ) 1:21-cv-04392-LMM-JKL |
| COSTAR REALTY INFORMATION, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(1)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(1), Plaintiff and her counsel hereby give notice that the above-styled action is voluntarily dismissed.

Date: November 9, 2021

                                                  Respectfully submitted,

                                                  MARTIN & MARTIN, LLP
                                                  /s/ *Thomas F. Martin*
                                                  Thomas F. Martin
                                                  tfmartinlaw@msn.com
                                                  Georgia Bar No. 482595
                                                  Kimberly N. Martin
                                                  kimberlymartinlaw@gmail.com

        Georgia Bar No. 473410
        Post Office Box
        1070 Tucker, Georgia 30085-1070
        (770) 344-7267